IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 JUL 14 AM 11: 05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                             NO. 04-20035-Ma

ARTHUR MITCHELL,

    Defendant.

---

ORDER GRANTING MOTION TO RESET TRIAL DATE

---

Before the court is defendant's July 7, 2005, motion requesting that the trial in this matter be reset to the August Criminal Rotation Docket. For good cause shown, the motion is granted. The trial is continued to the rotation calendar beginning August 1, 2005. No further report date will be held.

The period from July 15, 2005, through August 12, 2005, is excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) to allow defense counsel additional time to prepare.

It is so ORDERED this 13th day of July, 2005.

                    SAMUEL H. MAYS, JR.
                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-15-05

79

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 79 in case 2:04-CR-20035 was distributed by fax, mail, or direct printing on July 15, 2005 to the parties listed.

___

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT