FILED BY _____ D.C.

05 AUG -5 AM 10: 24

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                        NO. 04-20035-MaV

ARTHUR MITCHELL,

    Defendant.

## ORDER OF TRANSFER

    The above-styled case was tried on the Criminal Rotation

Docket by Judge Bernice B. Donald and is hereby transferred to

Judge Donald for sentencing and all further proceedings.

    It is so ORDERED this __4th__ day of August, 2005.

                                 SAMUEL H. MAYS, JR.
                                 UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8-10-05_

87

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 87 in case 2:04-CR-20035 was distributed by fax, mail, or direct printing on August 10, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT